# RAAB, STURM & GANCHROW, LLP

COUNSELORS AT LAW
2125 CENTER AVENUE, SUITE 100
FORT LEE, NEW JERSEY 07024
Tel: (201)292-0150
FAX: (201)292-0152

RONALD RAAB*
IRA A. STURM****
ARI D. GANCHROW**

MAURA E. BREEN***
SAMUEL R. BLOOM*****

\* ADMITTED IN NY
\*\* ADMITTED IN NY AND NJ
\*\*\* ADMITTED IN NY AND CT
\*\*\*\* ADMITTED IN NY AND FLA
\*\*\*\*\* ADMITTED IN NY, NJ AND MD

February 14, 2020

**VIA ECF ELECTRONIC FILING**
Hon. P. Kevin Castel, U.S.D.J.
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Courtroom 11D
New York, N.Y. 10007

Re:   **Building Service 32BJ Health Fund, et al. v. Facilities Source Corporation**
      **Civil Action No. 19-cv-11343**

Dear Judge Castel:

Our firm represents the Plaintiffs Building Service 32BJ Benefit Funds (the "Funds"), the Plaintiffs in the above-referenced matter. Presently, there is an Initial Conference scheduled before Your Honor for February 20, 2020 at 10:45 a.m. The Funds ask that this Conference be adjourned *sine die*. There have been no prior requests for adjournment of this Conference.

Defendant Facilities Source Corporation ("Defendant") has, to date, not appeared in this action. As a result, a Clerk's Certificate of Default was issued, and the Funds subsequently filed a Motion for Default Judgment, returnable February 10, 2020. Defendant did not file any response to this Motion. Given that the Court's pending ruling on this Motion could result in issuance of a final Judgement in favor of the Funds, the Funds ask that the Conference be adjourned *sine die* or, alternatively, to a date after the Court's resolution of the pending Motion.

Thank you for your attention to this matter. If you have any questions or concerns, please do not hesitate to contact me.

Respectfully submitted,

*/s/ Samuel R. Bloom*
Samuel R. Bloom

---

**Handwritten annotation by the Court:**

For reasons unknown to the Court [plaintiff] made its motion for a default & returnable on Feb'y 10 but gave defendant 30 days from service of the ... Motion." Return dates are a thing of the past and answering papers and replies are ordinarily governed by Local Civil Rule 6.1. Conference adjourned to April 24, 2020 at 10:30 a.m. SO ORDERED.

/s/ USDJ
2-14-2