UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
BUILDING SERVICE 32BJ HEALTH FUND, et al.

                                                 Civ. Action No. 19-cv-11343

                       Plaintiffs,

                                                 **DEFAULT JUDGMENT**

     v.

FACILITIES SOURCE CORPORATION,

                     Defendant.
-----------------------------------------------------------------------X

On application for Default Judgment by Plaintiff Building Service 32BJ Health Fund, Massachusetts Service Employees Pension Fund, Building Service 32BJ Thomas Shortman Training, Scholarship and Safety Fund, Building Service 32BJ Legal Services Fund, brought on by Motion dated February 20, 2020, and Defendant Facilities Source Corporation ("Defendant") having been duly noticed of the proceeding and having not appeared in opposition to the Motion, and the Court having found default judgment to be appropriate:

     **IT IS HEREBY ADJUDGED** that Defendant, Facilities Source Corporation, located at 17 McClellan Highway, Boston, MA 02128, shall within thirty (30) days of this Judgment, deliver Plaintiff Building Service Plaintiff Building Service 32BJ Health Fund, Massachusetts Service Employees Pension Fund, Building Service 32BJ Thomas Shortman Training, Scholarship and Safety Fund, Building Service 32BJ Legal Services Fund, having their principal place of business at 25 West 18th Street, New York, New York 10011, the following documents: for the time period January 1, 2017 through the date of this Judgment, Defendant's complete (a) individual earnings records (payroll history records), (b) weekly payroll journals, (c) timesheets, (d) quarterly federal and state payroll tax returns, (e) W-2s, (f) employee roster that includes job descriptions, hire, leave and termination dates, (g) general ledger/cash disbursements journal, and (h) 401k enrollment forms. Further, Defendant shall upload all missing employee information, for the period May 1, 2019 through the date of this Judgment, in the Funds' Employer Self-Service System ("ESS"). Further, Defendant shall provide Plaintiffs the sum of $2,025.00 in attorney's fees, and $475.00 in costs, amounting in all to the sum of **$2,500.00**, plus statutory post-judgment interest at the rate set forth in 28 U.S.C. § 1961(a), and that plaintiffs have execution therefor.

Dated: 4-22-20                                                  By: _____
                                                                           P. Kevin Castel, U.S.D.J.