UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

BUILDING SERVICE 32BJ
HEALTH FUND, et al.,

                    Plaintiffs,                    19-cv-11343 (PKC)

    -against-                            ORDER

FACILITIES SOURCE CORPORATION,

                    Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.

        Show Cause Hearing previously scheduled for January 26, 2022 is adjourned to February 9, 2022 at 12:00 p.m. in Courtroom 11D.  Counsel for plaintiffs shall serve this Order upon FSC and Tony Portillo and file an affidavit of service within five (5) days

        SO ORDERED.

                                                          P. Kevin Castel
                                                  United States District Judge

Dated: New York, New York
           January 21, 2022